# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>vs.<br><br>JAMES OSBORNE,<br><br>                 Defendant. | CR-08-07-GF-BMM<br><br>**ORDER** |

Defendant has moved for an early termination of his supervised release. (Doc. 155.) The Government opposes the motion. The Court conducted a hearing on the motion on August 9, 2018.

Defendant pleaded guilty to Conspiracy to Possess Methamphetamine with the Intent to Distribute on March 27, 2008. (Doc. 55.) The Court sentenced the Defendant to 120 months of custody followed by five years of supervised release on July 16, 2008. (Doc. 92, 97.) After consideration of a Motion to Reduce Sentence in accord with 18 U.S.C. § 3582 and USSG Retroactive Amendment 782, on May 20, 2015, an Amended Judgment was issued reducing the original custodial sentence to 98 months. (Doc. 124.) The supervised release term remained unchanged. The Defendant began his current term of supervised release on October 31, 2015.

The record reflects that the Defendant has complied with his supervision

conditions. (Doc. 156 at 5.) The Defendant's supervising probation officer advises that he has been nothing but compliant with his conditions of supervision. (Doc. 156 at 5.) He has dedicated himself to being a positive part of his family and he maintained employment until he started to have severe health issues. (Doc. 156 at 5.) The Defendant is seeking social security disability payments through administrative and legal processes. (Doc. 156 at 5.) He does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 155) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 9th day of August, 2018.

Brian Morris
United States District Court Judge